# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------------x

Trustees of the Teamsters Local 456 Pension, Health & Welfare
Annuity, Education & Training, S.U.B. Industry Advancement
And Legal Services Funds and the Westchester Teamsters Local
Union No. 456,

**RULE 7.1**

                                                  Plaintiffs,

                    -against-

MATERIAL TRANSPORT CORP.,

                                                  Defendant.

-------------------------------------------------------------------------------x

## 07 CIV. 9553

## JUDGE ROBINSON

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and
magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney
of record for plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates
of that party.

None

Dated:  October 23, 2007

                                        _____
                                        Karin Arrospide, Esq. (KA9319)