## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 07CIV9553                  Purchased/Filed: October 25, 2007

STATE OF NEW YORK     UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF

Trustees of the Teamsters Local 456 Pension, Health & Welfare, Annuity, Education & Training, S.U.B. Industry Advancement and Legal Services Funds and the Westchester Teamsters Local     Plaintiff

against

Material Transport Corp.     Defendant

STATE OF NEW YORK
COUNTY OF ALBANY    SS.:

Jessica Miller, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on November 1, 2007, at 2:00pm, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons in a Civil Case and Complaint and Rule 7.1 Statement on

Material Transport Corp., the Defendant in this action, by delivering to and leaving with Chad Matice, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 2 true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of 40 dollars; That said service was made pursuant to Section 306 Business Corporation Law.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: 28    Approx. Wt: 200    Approx. Ht: 6'0"
Color of skin: White    Hair color: Brown    Sex: M    Other:

Sworn to before me on this
5th day of November, 2007

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2011

Jessica Miller

Invoice-Work Order # SP0709192

SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179